UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CAMPANELLA D'ANGELO, | ) |
| Petitioner, | ) |
| v. | ) 6:13-cv-62 |
| JOSE MORALES, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 8, to which an objection has been filed. ECF No. 10. After a de novo review of the record, and after carefully considering Plaintiff's objection, the Court concurs with the Report and Recommendation, which is ***ADOPTED*** as the opinion of the Court. Plaintiff's 28 U.S.C. § 2254 petition is ***DENIED***.

The 27 day of November, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA